**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:15-CV-00135-MOC-DSC**


| | |
|---|---|
| **JOHN EDWARD SEAMON SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOHNSON & JOHNSON AND** | ) |
| **DEPUY ORTHOPAEDICS, INC. et. al.,** | |
| | ) |
| **Defendants.** | ) |

     **THIS MATTER** is before the Court on Defendant's "Motion to Stay [pending MDL transfer] (document # 4) filed March 25, 2015. For the reasons set forth therein, the Motion will be <u>granted</u>.

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

     **SO ORDERED**.


Signed: April 7, 2015

_____

David S. Cayer
United States Magistrate Judge